UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| ARCD LLC | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.: 1:18-CV-115-WCL |
| | ) | |
| MERIDIAN SECURITY INSURANCE | ) | |
| CO, d/b/a STATE AUTO INSURANCE | ) | |
| COMPANIES, | ) | |
|     Defendant. | ) | |

## ORDER

COMES now the Plaintiff, ARCD, LLC, by counsel, and files its Motion to Remand the case to State Court (DE 6). The Defendant has no objection to this motion. The Court, having examined said Motion and being duly advised in the premises, now GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is remanded to Grant County Superior Court.

SO ORDERED on May 8, 2018.

s/William C., Lee<br>
William C. Lee, Judge<br>
United State District Court